**GREENFIELD TOWNSHIP MUNICIPAL AUTHORITY,**
Appellee,

v.

**GORDON L. DELOZIER, INC., Appellant.**

Supreme Court of Pennsylvania.

Submitted June 13, 2002.

Decided Aug. 20, 2002.

Kenneth Weller Lee, for Gordon L. De-Lozier, Inc.

Ralph Michael Monico, Greenfield Township Municipal Authority.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

**And NOW** this 20th day of August, 2002, the appeal is DISMISSED as having been improvidently granted.

Justice NIGRO dissents.